# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Joe Fernandez Docket No.: 26-2828

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:


Name: Michael D. Maimin

Firm: United States Attorney's Office for the Southern District of New York

Address: 26 Federal Plaza, New York, New York 10278

Telephone: (212) 637-2340 Fax: (914) 993-9036

E-mail: Michael.Maimin@usdoj.gov


**Appearance for:** United States of America/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ )
(name/firm)

☑ Additional counsel (co-counsel with: Nathan Rehn/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of : ______ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 16, 2024 OR

☐ I applied for admission on ______.

Signature of Counsel: [signature]

Type or Print Name: Michael D. Maimin