# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Fernandez Docket No.: 26-2828

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nikol A. Oydanich

Firm: Cravath, Swaine & Moore LLP

Address: Two Manhattan West, 375 Ninth Avenue, New York, NY 10001

Telephone: 212-474-1086 Fax: 212-474-3700

E-mail: noydanich@cravath.com

**Appearance for:** Joe Fernandez, Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin Gruenstein, Gruenstein Law PLLC )
(name/firm)

☐ Amicus (in support of: ______________________ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2/22/2024 OR

☐ I applied for admission on ______________________.

Signature of Counsel: Nikol A. Oydanich

Type or Print Name: Nikol A. Oydanich